# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PREMIER ONE HOLDINGS, INC.,

    Plaintiff(s),

v.

BANK OF AMERICA, N.A., et al.,

    Defendant(s).

2:13-CV-885 JCM (GWF)

## ORDER

Presently before the court is defendants' motion to dismiss. (Doc. # 2). Plaintiff filed a response in opposition (doc. # 9), and the defendants filed a reply (doc. # 14). This case is a homeowner association ("HOA") foreclosure case. The purchaser at an HOA foreclosure has filed the instant action seeking to extinguish the first security interest. The parties in this case filed a notice of related cases, which includes Premier One Holdings, Inc v. BAC Home Loans Servicing LP et al, case number 2:13-cv-00895-JCM-GWF.

The parties in the two cases are the same, the issues are identical, the attorneys are the same, and the motions in the two cases are almost identical. The court grants the motion to dismiss in the instant case for the reasons stated forth in the order in case number 2:13-cv-00885-JCM-GWF.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to
3  dismiss (doc. # 2) be, and the same hereby, is GRANTED. The clerk of the court shall enter
4  judgment and close the case.

5  DATED August 9, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -